UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2016-02
JUNE 27, 2017 SESSION



FILED
JUN 28 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:17-00119
8 U.S.C. § 1326(a)

**HERMINIO CAMACHO-DIAZ,**
   Also known as "Hermino Camacho-Diaz"

# I N D I C T M E N T

(Reentry of a Removed Alien)

The Grand Jury Charges:

1. On or about May 22, 2010, defendant HERMINIO CAMACHO-DIAZ, also known as "Hermino Camacho-Diaz," an alien, was found in Tuscon, Arizona, and was subsequently removed from the United States on or about May 23, 2010.

2. On or about May 30, 2010, defendant HERMINIO CAMACHO-DIAZ, also known as "Hermino Camacho-Diaz," an alien, was found in Ajo, Arizona, and was subsequently removed from the United States on or about May 30, 2010.

3. On or about June 5, 2010, defendant HERMINIO CAMACHO-DIAZ, also known as "Hermino Camacho-Diaz," an alien, was found in Naco, Arizona, and was subsequently removed from the United States on or about June 6, 2010.

4. On or about June 8, 2017, at or near Nitro, Kanawha County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant HERMINIO CAMACHO-DIAZ, also known as "Hermino Camacho-Diaz," was subsequently found in the United States after having been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

CAROL A. CASTO
United States Attorney

By: *Erik S. Goes*
ERIK S. GOES
Assistant United States Attorney